**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Barbara Timms;** | No. CV 08-0515-PHX-EHC |
| Plaintiff, | |
| v. | |
| **Donald S. Burak,** d.b.a. Law Offices of Donald S. Burak, Esq.; | ORDER |
| Defendant. | |

Plaintiff and Defendant having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 24th day of June, 2008.

Earl H. Carroll
United States District Judge